UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| PETER OLSON, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>M-QUBE, INC., a Delaware corporation,,<br><br>Defendant. | Case No. 0:08-cv-5769 (PJS/JSM)<br><br>**PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OF DEFENDANT M-QUBE, INC.** |

PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1), Plaintiff Peter Olson hereby voluntarily dismisses defendant M-Qube, Inc. from this action with prejudice and without costs to either party.

Dated:  June 14, 2010

s/Matthew R. Salzwedel
Robert K. Shelquist, Bar No. 21310X
Matthew R. Salzwedel, Bar No. 312903
LOCKRIDGE GRINAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN  55401
Telephone:   612.339.6900
Facsimile:   612.339.0981
rkshelquist@locklaw.com
mrsalzwedel@locklaw.com

**Attorneys for Plaintiff Peter Olson**

424671.2